**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HUGO SLUIMER, | No. 09-15128 |
| Plaintiff - Appellee, | D.C. No. 3:08-cv-01220-SI |
| v. | |
| | MEMORANDUM[*] |
| VERITY, INC., a corporation; THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | |
| Defendants - Appellants. | |

Appeal from the United States District Court
for the Northern District of California
Susan Illston, District Judge, Presiding

Argued and Submitted May 12, 2010
San Francisco, California

Before: HUG, RYMER and McKEOWN, Circuit Judges.

We have affirmed the district court's grant of summary judgment to Hugo

Sluimer in a separate published order. *Sluimer v. Verity*, No. 09-15128, slip. op.

(9th Cir. May 13, 2010). Verity raises the additional argument on appeal that the

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

district court "exceeded its powers by re-writing" Verity's release "to accommodate Sluimer's lawsuits." We disagree. The district court simply required Verity to make its standard release consistent with the district court's award of attorney's fees, 29 U.S.C. § 1132(g)(1), and its proper interpretation of the Plan and Sluimer's individually negotiated Participation Notice.

AFFIRMED.